2:24-mj-04806-DUTY

**FILED**
CLERK, U.S. DISTRICT COURT
8/11/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

FINDING RE PROBABLE CAUSE

On August 11, 2024, at __7:07__ p.m., Special Agent Michael DeNaro of Homeland Security Investigations appeared before me regarding the probable cause arrest of defendant HEREMOANA MII, occurring on or about August 10, 2024, in Los Angeles, California.

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists**/~~does not exist~~ probable cause to arrest the defendant for a violation of Title 21, United States Code, Section 841(a)(1).

/_X_/ It is ordered that defendant HEREMOANA MII be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on August 12, 2024.

/____/ ~~It is ordered that defendant HEREMOANA MII be discharged from custody on this charge forthwith.~~

DATED: August 11, 2024, at __7:07__ p.m.

_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE